UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH,<br><br>Plaintiff,<br><br>v.<br><br>R. FINE, et al.,<br><br>Defendants. | No. 2:18-cv-1824 AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed March 29, 2019, plaintiff's complaint was screened and he was given the option to proceed immediately on his First and Eighth Amendment claims against defendant Fine or to amend the complaint. ECF No. 6. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 9.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the March 29, 2019 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint as screened and the undersigned will recommend dismissal without prejudice of the state tort claims against defendant Fine and all of the claims against Susanville Prison, Cagle, and Peery.

////

1

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: April 10, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE