# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH,<br>　　　　Plaintiff,<br>　　v.<br>R. FINE, et al.,<br>　　　　Defendants. | No. 2:18-cv-1824 KJM AC P<br><br>**ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

　　Tiengkham Noy Singanonh, CDCR # BC-1951, a necessary and material participant in a settlement conference in this case on October 1, 2019, is confined in Pleasant Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman to appear by video conference from his present place of confinement to the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Tuesday, October 1, 2019 at 1:30 p.m.

　　ACCORDINGLY, IT IS ORDERED that:

　　1.　A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference by video conference at the time and place above, until completion of the settlement conference or as ordered by the court.

　　2.　The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

　　3.　The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at Pleasant Valley State Prison, (559) 935-4928.

　　4.　Counsel for defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Valerie Callen, Courtroom Deputy, at (916) 930-4199.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Pleasant Valley State Prison, P.O. Box 8500, Coalinga, California 93210:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 12, 2019

　　　　　　　　　　　　　　　　　　　　　　　_Allison Claire_
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE