UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. FINE, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-1824 KJM AC P<br><br><br>ORDER |

　　Plaintiff is a former state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case was originally referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project, ECF No. 21, and after the parties were unable to settle the case, ECF No. 31, defendants were ordered to file a response to the first amended complaint, ECF No. 32.  Defendants filed a motion to dismiss, ECF No. 33, which has now been denied, ECF No. 43.

　　Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, defendants shall file an answer to the first amended complaint.

DATED: December 15, 2020

　　　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE