UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH,<br><br>Plaintiff,<br><br>v.<br><br>R. FINE, et al.,<br><br>Defendants. | No. 2:18-cv-1824 KJM AC P<br><br><br><br>ORDER |

Defendant has filed a motion for clarification of the court's April 30, 2021 order modifying the discovery and scheduling order. ECF No. 50. The April 30, 2021 order provided defendant an opportunity to re-serve his written requests for discovery and extended the deadlines for filing motions to compel and dipositive motions. ECF No. 49. Defendant requests clarification as to whether his deadline to take plaintiff's deposition is also extended. ECF No. 50 at 2. He explains that because his requests for discovery and correspondence were returned as undeliverable, he could not serve anything on plaintiff, including a notice of deposition, with confidence that it would be received. He contends that he would be prejudiced if he was unable to take plaintiff's deposition. Id. at 2.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion for clarification, ECF No. 50, is GRANTED.
2. The extension of the discovery deadline includes defendant's deadline to take

1

plaintiff's deposition and defendant shall have until July 6, 2021, to conduct plaintiff's deposition and file any necessary motions to compel related to the taking of plaintiff's deposition.

DATED: May 10, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE