1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     TIENGKHAM SINGANONH,                    No.  2:18-cv-1824 KJM AC P

12                 Plaintiff,

13           v.                                ORDER

14     R. FINE, et al.,

15                 Defendants.

16

17          Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to

18     42 U.S.C. § 1983.  On June 28, 2021, defendant filed a motion to compel.  ECF No. 52.  Plaintiff

19     has not opposed the motion.  Plaintiff will be given one more opportunity to respond to the

20     motion to compel and is cautioned that failure to respond will be construed as consent to the court

21     granting the motion.

22          Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of

23     this order plaintiff shall file a response to defendant's motion to compel.

24     DATED: July 30, 2021

25                                        _____

26                                        ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE
27

28

                                                   1