UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH, | No. 2:18-cv-1824 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| R. FINE, et al., | |
| Defendants. | |

Defendant has filed a motion to modify the discovery and scheduling order to extend the deadline for filing dispositive motions. ECF No. 55.

By order filed August 31, 2021, the undersigned granted defendant's motion to compel and ordered plaintiff to respond to defendant's discovery requests within fourteen days. ECF No. 54. Defendant was given thirty days to file a motion for sanctions, if necessary. Id. Dispositive motions are currently due by September 28, 2021. ECF No. 49 at 2.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to modify the discovery and scheduling order, ECF No. 55, is GRANTED.

////

////

////

1

2.   The September 28, 2021 dispositive motions deadline is VACATED and will be re-set, as necessary, upon resolution of the pending discovery issues.

DATED: September 8, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE