UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIENGKHAM SINGANONH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. FINE, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-1824 KJM AC P<br><br><br>ORDER |

　　　Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 24, 2021, defendant filed a motion for monetary and/or terminating sanctions based on plaintiff's failure to respond to discovery requests in compliance with this court's order compelling discovery.  ECF No. 57.  Plaintiff has not responded to the motion.

　　　Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, plaintiff shall file and serve an opposition to the motion for sanctions or a statement of non-opposition.  Failure to comply with this order will result in the motion being deemed unopposed and a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: October 26, 2021

　　　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE